# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0776
_____

WILBERT LARKINS,

 Petitioner,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

 Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

April 15, 2026

PER CURIAM.

This Court treats the appeal as invoking our certiorari jurisdiction and the third amended initial brief as a petition for writ of certiorari. *See Sheley v. Fla. Parole Comm'n*, 703 So. 2d 1202 (Fla. 1st DCA 1997), *approved by* 720 So. 2d 216 (Fla. 1998). So construed, the petition is denied.

RAY, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Wilbert Larkins, pro se, Petitioner.

Kelly R. Forren, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Respondent.